**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATRINA HAUGHT, | No. 2:11-CV-1653-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF ANDERSON, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court is movant Record Searchlight's request (Doc. 23) for leave to record and/or broadcast a hearing scheduled for January 9, 2013, before the undersigned in Redding, California. All forms of taking photographs, tape recordings, or televising are prohibited under the court's local rules. See Local Rule 173(a). In light of this general prohibition, and given movant's failure to provide any justification for an exception to the general prohibition, see Local Rule 173(b), the request will be denied.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request to photographs, record, or broadcast (Doc. 23) is denied; and

2. The Clerk of the Court shall serve this order on the parties to the action as well as on movant at:

>Record Searchlight
>c/o Jim Schultz
>1101 Twin View Blvd.
>Redding, CA 96003

DATED: January 7, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE