**JOHN DOUGLAS BARR**................... **California State Bar No. 40663**
**TROY DOUGLAS MUDFORD**............ **California State Bar No. 146392**
**DAVID LEE CASE**.......................... **California State Bar No. 56701**
**ESTEE LEWIS**................................ **California State Bar No. 268358**
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California  96099-4390
Telephone:  (530) 243-8008   Fax:  (530) 243-1648

Attorneys for Plaintiff, KATRINA HAUGHT, aka JANE DOE

**BRUCE A. KILDAY**................... California State Bar No. 066415
**CARRIE A. FREDERICKSON**............ California State Bar No. 245199
**ANGELO, KILDAY & KILDUFF, LLP**
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100   Fax:  (916) 564-6263

Attorneys for Defendants, THE CITY OF ANDERSON (also sued herein as
THE CITY OF ANDERSON POLICE DEPARTMENT); CHIEF DALE WEBB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORIA

| | |
|---|---|
| KATRINA HAUGHT<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF ANDERSON;<br>THE CITY OF ANDERSON POLICE DEPARTMENT;<br>DALE WEBB in his official capacity as Chief of Police for the City of Anderson Police Department; and<br>MATTHEW GOODWIN, individually and in his official capacity as a Police Officer with the City of Anderson Police Department; and DOES 1-20.<br><br>Defendants. | No. 2:11-CV-01653-JAM-CMK<br><br>**STIPULATION AND ORDER TO EXTEND PHASE ONE OF DISCOVERY** |

**WHEREAS,** a federal indictment has been brought against former Anderson Police Department officer Bryan Benson, charging him with Deprivation of Rights Under the Color of

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390

Page 1
**Stipulation and Order Re Extension of Phase One of Discovery**

Law; Obstruction of Justice; and False Entry in Record/Document.  This indictment will significantly impair discovery, in that plaintiff will be unable to depose Bryan Benson in this action as he will most certainly invoke the protections of the Fifth Amendment.  Former Officer Benson's testimony is indispensible as his actions in sexually assaulting plaintiff are the catalyst of this lawsuit and his testimony as to the events of May 29, 2010, is essential.  Further, it is necessary that plaintiff depose Former Officer Benson to ascertain his understanding of the rules, customs, policies, procedures, supervision and training implemented by the Anderson Police Department.

**WHEREAS,** Mr. Barr, primary trial counsel for plaintiff, underwent an emergency by-pass surgery on January 16, 2013.  The time parameters of Mr. Barr's recovery are uncertain at this time.  At this time, there are approximately nine outstanding depositions that need to be scheduled, and further written discovery may be required.   However, the parties are unable to schedule these depositions or complete discovery until Mr. Barr is able to return to work.

**THEREFORE,** as a result of the uncertainty surrounding the impact of the federal indictment on this case, and Mr. Barr's recovery, the parties hereby stipulate and request that the Court vacate the cut-off dates for Phase One of discovery (January 31, 2013) and the Motions for Summary Adjudication on the *Monell* issues (March and April 2013) and set this matter for a further status conference in August or September 2013.[1]

DATED:  January 30, 2013               BARR & MUDFORD, LLP

                                        /s/  Estee Lewis
                                       ESTEE LEWIS
                                       Attorneys for Plaintiff
                                       KATRINA HAUGHT, aka JANE DOE

DATED:  January 30, 2013               ANGELO, KILDAY & KILDUFF

---

[1] Mr. Kilday has a trial scheduled for August 5-20, 2013.

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390

        /s/ Bruce A. Kilday
BRUCE A. KILDAY
Attorneys for Defendants,
THE CITY OF ANDERSON; THE CITY OF ANDERSON POLICE DEPARTMENT; and DALE WEBB, in his official capacity as Chief of Police for the City of Anderson Police Department

### ORDER (as modified by the Court)

**IT IS HEREBY ORDERED** that the cut-off dates for Phase One of discovery and the Motions for Summary Adjudication on the *Monell* issues are hereby vacated, and that the parties shall submit an updated joint status report on or before September 6, 2013.

DATED: January 30, 2013      /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390