IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA HAUGHT, | No. 2:11-CV-1653-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF ANDERSON, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Plaintiff's motion to compel (Doc. 42) was heard by the undersigned on January 29, 2014. At that time, the matter was submitted pending resolution of a related criminal action pending in this court. A review of the court's records reflects that the related criminal matter has been resolved by way of a plea agreement. The parties are directed to file a joint status report within 21 days of the date of this order addressing what impact resolution of the related criminal case has on the pending motion to compel.

IT IS SO ORDERED.

DATED: July 10, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1