IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA HAUGHT, | No. 2:11-CV-1653-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF ANDERSON, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Plaintiff's motion to compel (Doc. 42) was heard by the undersigned on January 29, 2014. At that time, the matter was submitted pending resolution of a related criminal action. A review of the court's records as well as the status report filed on January 12, 2015, reflects that the related criminal matter has been resolved by way of a plea agreement and that the pending motion is now moot. The Clerk of the Court is, therefore, directed to terminate Doc. 42 as a pending motion.

IT IS SO ORDERED.

DATED: January 28, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1