**JOHN DOUGLAS BARR**………………. California State Bar No. 40663
**TROY DOUGLAS MUDFORD**………… California State Bar No. 146392
**DAVID LEE CASE**……………………… California State Bar No. 56701
**ESTEE LEWIS**…………………………... California State Bar No. 268358
**CATHLEEN T. BARR**.............................. California State Bar No. 295538
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:   (530) 243-8008
Fax:              (530) 243-1648

Attorneys for Plaintiff,
KATRINA HAUGHT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORIA

| | |
|---|---|
| KATRINA HAUGHT<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF ANDERSON;<br>THE CITY OF ANDERSON POLICE DEPARTMENT;<br>DALE WEBB in his official capacity as Chief of Police for the City of Anderson Police Department; and<br>DOES 1-20.<br><br>Defendants. | No. 2:11-CV-01653-JAM-CMK<br><br>STIPULATION AND ORDER TO EXTEND NUMBER OF DEPOSITIONS TO BE TAKEN BY PLAINTIFF |

Plaintiff, KATRINA HAUGHT, and Defendants, THE CITY OF ANDERSON and CHIEF DALE WEBB, by and through their respective counsel of record, hereby stipulate to, and respectfully request the Court enter an Order extending the number of depositions to be taken by plaintiff to 11 depositions, instead of 10 under F.R.C.P. 30.

///

The parties respectfully submit that good cause exists for extending the number of

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
Stipulation and Order to Extend Number of Depositions to be Taken by Plaintiff

depositions permitted by plaintiff to 11 to allow plaintiff to depose the necessary witnesses in this case. Since the instant action involves an entire police department, and the training and supervision of certain officers, there are dozens of people with pertinent information that could assist plaintiffs. Plaintiffs have done their best to curtail the number of depositions, but given the circumstances surrounding this case, plaintiffs are unable to limit the necessary deponents to 10 people. Defendants appreciate plaintiff's situation, and are accommodating plaintiff's request accordingly.

**IT IS SO STIPULATED:**

DATED:  March 11, 2015                    BARR & MUDFORD, LLP

                                                                                               /s/  Cathleen T. Barr
                                          CATHLEEN T. BARR  (SBN 295538)
                                          Attorneys for Plaintiff
                                          KATRINA HAUGHT, aka JANE DOE

DATED:  March 11, 2015                    ANGELO, KILDAY & KILDUFF

                                                                                                /s/ Bruce A. Kilday
                                          BRUCE A. KILDAY
                                          Attorneys for Defendants,
                                          THE CITY OF ANDERSON; THE CITY OF
                                          ANDERSON POLICE DEPARTMENT; and DALE
                                          WEBB, in his official capacity as Chief of Police for
                                          the City of Anderson Police Department

**ORDER**

**IT IS HEREBY ORDERED** that plaintiff be allowed to take 11 depositions, instead of

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

1 | 10, as indicated in F.R.C.P. 30.

DATED:  3/11/2015            /s/ John A. Mendez
                             JOHN A. MENDEZ
                             United States District Court Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 3
Stipulation and Order to Extend Number of Depositions to be Taken by Plaintiff