1  BRUCE A. KILDAY, ESQ., SB No. 066415
     Email:  bkilday@akk-law.com
2  CARRIE A. FREDERICKSON, ESQ., SB No. 245199
     Email:  cfrederickson@akk-law.com
3  LANCE M. MARTIN, ESQ., SB No. 294457
     Email:  lmartin@akk-law.com
4  **ANGELO, KILDAY & KILDUFF, LLP**
5  Attorneys at Law
   601 University Avenue, Suite 150
6  Sacramento, CA  95825
7  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
8
   Attorneys for Defendants THE CITY OF ANDERSON (also sued herein as THE CITY OF
9  ANDERSON POLICE DEPARTMENT); CHIEF DALE WEBB

10                        **UNITED STATES DISTRICT COURT**

11                        **EASTERN DISTRICT OF CALIFORNIA**

12

13 | KATRINA HAUGHT,                  ) Case No.: 11-cv-01653-JAM-CMK
                                      )
14 |          Plaintiff,              ) **STIPULATED CONFIDENTIALITY**
                                      ) **AGREEMENT AND STIPULATED**
15 |    vs.                           ) **PROTECTIVE ORDER REGARDING**
                                      ) **MATERIAL PRODUCED BY CITY OF**
16 | THE CITY OF ANDERSON, et al.,    ) **ANDERSON AND CHIEF DALE WEBB**
                                      )
17 |          Defendants.             )
                                      )
18 |                                  )

19

20      IT IS STIPULATED AND AGREED by THE CITY OF ANDERSON ("CITY"), THE

21 CITY OF ANDERSON POLICE DEPARTMENT ("CITY PD"), DALE WEBB, Plaintiff

22 KATRINA HAUGHT ("HAUGHT") and MATHEW DALE GOODWIN ("GOODWIN"), by

23 and through their respective counsel of record, as follows:

24      WHEREAS, during the course of discovery in this action, Haught has requested

25 documents and deposition testimony relating to confidential personnel file information of peace

26 officers, internal investigation complaints and reports, crime reports and incident reports that

27 include names and identifying information of non-parties, and other materials that the parties

28 believe may be confidential;

1   WHEREAS, the City and Dale Webb oppose the inappropriate disclosure or
2 dissemination of such confidential information to be obtained through various forms of discovery
3 in this matter, and wish to avoid the possibility of damage through the dissemination, disclosure
4 or publication of private, confidential, psychological, medical, employment, financial, trade
5 secret and/or proprietary information;

6   WHEREAS, the Court has issued an Order requiring certain additional deposition
7 testimony [Docket #84] and has another motion pending which may result in an order disclosing
8 additional information, and WHEREAS, the City has agreed to produce other materials in
9 response to previous Requests for Production,

10   THE STIPULATING PARTIES AGREE that the documents produced pursuant to an
11 Order of the Court or produced pursuant to Requests for Production, or produced as part of
12 deposition testimony may be designated as "confidential", and Stipulating Parties' use of that
13 confidential testimony and documents shall be governed by the provisions of this Protective
14 Order.

15   WHEREAS, future discovery and/or deposition testimony in this action may require that
16 additional documents, information or deposition testimony be designated as "confidential".
17 After being provided the opportunity to review and consider such information, the City and
18 Webb or Goodwin shall identify and designate as "confidential" any such future additional
19 documents, information or deposition testimony as may be necessary.  Stipulating Parties agree
20 that their use of any such documents, information or deposition testimony that has been so
21 designated as "confidential" shall be governed by the provisions of this "Protective Order".

22   **NOW THEREFORE:**

23   HAUGHT, the CITY, CITY PD, DALE WEBB and GOODWIN, by and through their
24 respective counsel of record hereby stipulate:

25   1.   The terms of the existing Protective Order [Docket #83] are hereby amended to
26 also apply to any confidential documents produced by the City of Anderson or Chief Webb in
27 response to the Requests for Production of Documents and also to any such materials produced

28

-2-
**STIPULATED CONFIDENTIALITY AGREEMENT AND PROPOSED STIPULATED PROTECTIVE
ORDER REGARDING MATERIAL PRODUCED BY CITY OF ANDERSON AND CHIEF DALE WEBB**
98881

1 in compliance with the anticipated order of Magistrate Kellison pursuant to the pending
2 discovery dispute.

3   2. The parties further stipulate that the definition of "Confidential Information" is
4 also amended to include any information, documents, deposition testimony, etc., that the City of
5 Anderson and Chief Webb believe in good faith reflects the criteria listed in the Protective Order
6 [Docket #83] at paragraph 1, subsection (a) through subsection (e) inclusive.

7   3. The parties further stipulate that the same procedure for dealing with Confidential
8 Information as specified in the protective order [Docket #83] at paragraphs 2 through 14,
9 inclusive, will apply to any confidential material produced by the City of Anderson and Chief
10 Webb.

Dated:  10/15/15          BARR & MUDFORD, LLP

                 */s/ John Douglas Barr*
                 [as authorized on 10/15/15]
             By:_____
              JOHN DOUGLAS BARR
              Attorneys for Plaintiff


Dated:  10/13/15          ANGELO, KILDAY & KILDUFF, LLP

                 */s/ Bruce A. Kilday*
             By:_____
              BRUCE A. KILDAY
              Attorneys for Defendants


Dated: 10/13/15          CAULFIELD LAW FIRM

                 */s/ Andrew T. Caulfield*
                 [as authorized on 10/13/15]
             By:_____
              ANDREW T. CAULFIELD
              Attorney for non-party Matthew Dale
              Goodwin

1    **IT IS SO ORDERED**.

3    Dated:  October 21, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE