1  BRUCE A. KILDAY, ESQ., SB No. 066415
     Email:  bkilday@akk-law.com
2  CARRIE A. FREDERICKSON, ESQ., SB No. 245199
     Email:  cfrederickson@akk-law.com
3  LANCE M. MARTIN, ESQ., SB No. 294457
     Email:  lmartin@akk-law.com
4  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
5  601 University Avenue, Suite 150
   Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7
8
9  Attorneys for Defendants THE CITY OF ANDERSON (also sued as THE CITY OF ANDERSON POLICE DEPARTMENT); CHIEF DALE WEBB

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| KATRINA HAUGHT, | ) Case No.: 11-cv-01653-JAM-CMK |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| vs. | ) |
| THE CITY OF ANDERSON, et al., | ) |
| Defendants. | ) |

The parties, through their respective counsel, hereby stipulate that this matter shall be dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its own costs, including all attorney's fees.


 Dated:  12-23-15                              BARR & MUDFORD, LLP

                                               */s/ John Douglas Barr* *(as authorized on 12/23/15)*
                                               By:_____
                                                    JOHN DOUGLAS BARR
                                                    CATIE BARR
                                                    Attorneys for Plaintiff

Dated: Jan. 4, 2016                              ANGELO, KILDAY & KILDUFF, LLP

*/s/ Bruce A. Kilday*
By:_____
   BRUCE A. KILDAY
   Attorneys for Defendants

## ORDER

**IT IS SO ORDERED.**

**Dated:  1/5/2016**                              /s/ John A. Mendez_____
                                                  **JOHN A. MENDEZ**
                                                  U.S. DISTRICT COURT JUDGE